JPML FORM lA

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 456 -- IN RE MID-ATLANTIC TOYOTA ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 81/01/09 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS, W/CERT. OF SERVICE -- Plaintiffs States of Maryland, Delaware and West Virginia and the District of Columbia SUGGESTED TRANSFEREE COURT: DISTRICT OF MARYLAND SUGGESTED TRANSFEREE JUDGE: (cds) |
| 81/01/19 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- Mid-Atlantic Toyota Distributors, Inc., Carecraft Indus., Inc. and Frederick R. Weisman -- GRANTED TO ALL PARTIES to and including February 6, 1981 (emh) |
| 81/01/23 | 3 | REQUEST FOR EXTENTION OF TIME -- Castle Toyota, Inc. and Premier Motor Co., Inc. -- GRANTED TO ALL PARTIES TO AND INCLUDING FEBRUARY 6, 1981 (cds) |
| 81/01/23 | | APPEARANCES: BASIL J. MEXINES, ESQ. for Annapolis Toyota, Inc., Rosenthal Toyota, Inc., Silver Spring Toyota, Inc. and Lustine Toyota, Inc.; EUGENE J. MEIGHER, ESQ. for Springfield Toyota, Miller Toyota, and Bill Page Toyota; NORMAN N. AERENSON, ESQ. for Toyal Imports of Delaware, Inc; L. KENT WYATT, ESQ. for Airport Toyota, Inc.; NORRIS KANTOR, ESQ. for Mountain View Toyota; JACK B. JACOBS, ESQ. for C.F. Schwartz Motor Co., Inc.; HAROLD D. BREWSTER, JR., ESQ. for Valley Toyota, Inc.; RAY A. BYRD, ESQ. for Robinson Cadillac-Olds-Toyota, Inc.; FRANKLIN T. CAUDILL, ESQ. for Jones Plymouth, Inc.; STANFORD G. GANN, ESQ. for Castle Toyota, Inc.; JOHN D. ALEXANDER, SR., ESQ. for Torrey, Inc.; FRANK V. SANSALONE, ESQ. for Penn Auto Sales, Inc.; HARRY L. HAGER, ESQ. for Rich Motor Mart, Inc.; WILLIAM G. POWELL, ESQ. for Superior Toyota, Inc.; MICHAEL T. CHANEY, ESQ. for Tag Galyean, Inc.; EDGAR H. GANS, ESQ. for Fulker Toyota, Inc.; HOWARD I. GETLAN, ESQ. for Laurel Toyota, Inc.; GEORGE W. McMANUS, JR., ESQ. for Premier Motor Co., Inc.; ALAN KAY, ESQ. for Toyota Village, Inc.; W.A. THORNHILL, III, ESQ. for Import City, Inc.; ROBERT ROHRBAUGH, ESQ. for Croyste Toyota, Inc. and Waldorf Toyota, Inc.; Casson, Calligaro & Mutryn for Alexandria Toyota, Inc., Anton Motors, Inc. Calvert Motors, Inc. and Tysons Toyota, Inc.; JOHN F. SOMERVILLE, JR., ESQ. for Best Toyota, Inc.; JEFFREY N. PRITZKER, ESQ. for R & H Motor Cars, Ltd. and Russel Motor Cars, Inc.; KEITH E. PUGH, ESQ. For Mid-Atlantic Toyota Distributors, Inc., Carecraft Industries, Ltd. and Frederick R. Weisman; TIMOTHY J. SHEARER, ESQ. for D.C.; STEPHEN C. WINTER, ESQ. for Fredericktown Toyota, Inc.; EDWARD F. KAFADER, ESQ. for Delaware; DONALD DARLING, ESQ. for West Virginia, etc.; ROBERT HESSELBACHER, JR., ESQ. for Maryland (cds) |
| 81/02/23 | | HEARING ORDER: Setting Motion to Transfer for Panel Hearing on February 26, 1981 in San Antonio, Texas (cds) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. ___

DOCKET NO. ___ -- _____

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 81/02/05 | 4 | RESPONSE/MEMORANDUM -- Defts. Tag Galyean, Inc.; Rich Motor Mark, Inc.; Mountain View Toyota; Superior Toyota; Penn Auto Sales, Inc.; Robinson-Olds-Toyota; and Import City, Inc. (West Virginia Defendants) -- w/cert. of svc. (emh) |
| 81/02/06 | 5 | OPPOSITION TO MOTION -- defendants Shaefer/May Motors Sales, Ltd. (ds) |
| 81/02/06 | 6 | OPPOSITION TO MOTION -- defendant Castle Toyota, Inc. (ds) |
| 81/02/06 | 7 | MEMORANDUM IN OPPOSITION TO MOTION -- defts. Mid-Altantic Toyota Distributors, Inc., Carecraft Industries, Ltd., Frederick R. Weisman, Croyste Toyota, Inc. and Waldorf Toyota, Inc. (ds) |
| 81/02/06 | 8 | RESPONSE -- Annapolis Toyota, Inc., Rosenthal Toyota, Inc., Silver Spring Toyota, Inc. and Lustine Toyota, Inc. -- w/Memorandum in Support and Cert. of Service (cds) |
| 81/02/09 | 9 | RESPONSE -- Deft. Schaeffer & Strohminger, Inc. -- w/svc. (emh) |
| 81/02/09 | 10 | RESPONSE -- Timonium Toyota, Inc. -- w/cert. of svc. (emh) |
| 81/02/09 | 11 | REQUEST TO FILE LATE RESPONSE -- Premier Motor Co., Inc. -- GRANTED (emh) |
| 81/02/09 | 12 | RESPONSE/MEMORANDUM -- Alexandria Toyota, Inc., Anton Motors, Inc. and Tyson's Toyota, Inc. -- w/cert. of svc. |
| 81/02/10 | | AMENDED CERT. OF SVC. (Pleading No. 9) -- Schaeffer & (emh) Strohminger, Inc. (emh) |
| 81/02/10 | 13 | RESPONSE -- Deft. Torrey, Inc. -- w/cert. of svc. (emh) |
| 81/02/10 | 14 | RESPONSE -- Premier Motor Co., Inc. -- w/cert. of svc.(emh) |
| 81/02/13 | 15 | RESPONSE/MEMORANDUM -- (Interested Party) Daniel E. Golub, et al. -- w/cert. of svc. (emh) |
| 81/02/13 | 16 | REPLY/MEMORANDUM -- States of Maryland, Delaware and West Virginia and District of Columbia -- w/cert. of svc. (emh) |
| 81/02/24 | | HEARING APPEARANCES: CHARLES O. MONK, II, ESQ. FOR States of Maryland, Delaware and West Virginia and the District of Columbia; KEITH E. PUGH, JR., ESQ. for Mid-Atlantic Toyota Distributors, Inc., Carecraft Industries, Ltd. and Frederick R. Weisman; BERNARD D. MARCUS, ESQ. for Daniel E. Golub, et al. (cds) |
| 81/02/24 | | WAIVERS OF ORAL ARGUMENT: Airport Toyota, Inc. and Royal Imports of Delaware, Inc.; Shaefer/May Motor Sales, Ltd.; Fredericktown Toyota; Robinson Cadillac-Olds-Toyota, Inc.; Penn Auto Sales, Inc.; Schaeffer & Strohminger, Inc.; R & H Motor Cars, Ltd. and Russel Motor Cars, Inc.; Croyste Toyota, Inc.; Waldorf Toyota, Inc.; Springfield Toyota, |

See next page...

JPML FORM 1A

DOCKET ENTRIES                     p. 3

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 456 -- In re Mid-Atlantic Toyota Antitrust Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 81/02/24 | continued | Bill Page Toyota, Miller Toyota; Castle Toyota, Inc.; Toyota Village, Inc.; Superior Toyota, Inc.; Alexandria Toyota, Inc., Anton Motors, Inc.,Calvert Motors, Inc., and Tyson's Toyota, Inc.; Premier Motor Co., Inc.; Tag Galyean, Inc.; C.F. Schwartz Motor Co., Inc.; Jones Plymouth, Inc.; Annapolis Toyota, Inc., Rosenthal Toyota, Inc., Silver Spring Toyota, Inc., Lustine Toyota, Inc.;(cds) |
| 81/03/12 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable Joseph H. Young, D. Maryland (emh) |
| 81/03/12 | | TRANSFER ORDER -- transferring A-2 thru A-5 to the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (emh) |
| 81/03/20 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- A-6 Johnson, etc. v. Mid-Atlantic Toyota Distributors, Inc., et al., E.D. Virginia, C.A. No. 1-0160-A. Notified involved counsel and judges. (ds) |
| 81/03/24 | | APPEARANCE: Raymond W. Bergan, Esq. for Mid-Atlantic Toyota Distributors, Inc., Carecraft Industries, Ltd. and Frederick R. Weisman (cds) |
| 81/04/02 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-7 Commonwealth of Pa. v. Mid-Atlantic Toyota, etc., M.D.Pa.,81-0319; B-8 Johnston, Jr., etal. v. Mid-Atlantic Toyota, etc. W.D.Va., 81-0062--Notified involved counsel & judges.(ea) |
| 81/04/07 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- A-6 Johnson, etc. v. Mid-Atlantic Toyota Dist., Inc., et al., E.D. Va., C.A. No. 81-0160-A -- Notified involved clerks & judges.      (ea) |
| 81/04/08 | 17 | NOTICE OF OPPOSITION TO TRANSFER OF B-7 Commonwealth of Pennsylvania, etc. v. Mid-Atlantic Toyota Distributors, Inc., et al., M.D.Pa., 81-0319 -- McCrackin-Sturman Toyota, Inc. -- w/cert. of service (cds) |
| 81/04/14 | 18 | NOTICE OF OPPOSITION TO B-7 -- Defendant Hartman Motor Cars Co. -- w/cert. of service (cds) |
| 81/04/15 | 19 | NOTICE OF OPPOSITION TO B-7 -- Lancaster Toyota, Inc. w/cert of svc.                              (rew) |
| 81/04/15 | 20 | NOTICE OF OPPOSITION TO B-7 -- Allegheny Toyota, Inc. w/cert of svc.                              (rew) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. _4_

DOCKET NO. ___ -- _____

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 81/04/16 | 21 | NOTICE OF OPPOSITION -- Hickey-Toyota, Inc. w/cert. (cds) |
| 81/04/16 | 22 | NOTICE OF OPPOSITION -- Dean Hebb Toyota, Inc. -- w/cert. |
| 81/04/16 | 23 | NOTICE OF OPPOSITION -- Airport Toyota, Inc. -- w/cert. of of service (cds) |
| 81/04/17 |    | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-8 Johnston, Jr. et al. v. Mid-Atlantic Toyota Distributors, Inc., et al., W.D.Va. 81-0062 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 81/04/17 | 24 | NOTICIE OF OPPOSITION -- Bergman Toyota, Inc., and University Toyota, Inc. -- w/cert. of service (cds) |
| 81/04/17 | 25 | NOTICE OF OPPOSITION -- Lehman's Garage, Inc. -- w/cert. of service (cds) |
| 81/04/17 | 26 | NOTICE OF OPPOSITION -- Bobart, Inc. d/b/a Capital City Mazda-Toyota -- w/cert. of service (cds) |
| 81/04/20 | 27 | UNTIMELY NOTICE OF OPPOSITION -- Key Toyota, Inc., Krebs & King Toyota, Inc. and Montgomery Toyota, Inc. -- Notified that a motion and brief must be submitted by 5/2/81 (cds) |
| 81/04/28 | 28 | MOTION AND BRIEF TO VACATE CONDIIONAL TRANSFER ORDER -- McCrackin-Sturman Toyota, Inc. -- w/cert. of serv. (cds) |
| 81/04/28 |    | UNTIMELY NOTICE OF OPPOSITION -- Bob Mayberry Chevrolet-Toyota -- returned papers to attorney (cds) |
| 81/04/29 | 29 | MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Lancaster Toyota, Inc. -- w/cert. of service (cds) |
| 81/04/30 | 30 | MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Hickey Toyota, Inc. -- w/cert. of service (cds0 |
| 82/04/30 | 31 | MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Bobart, Inc. d/b/a Capital City Mazda-Toyota -- w/cert. of service (cds) |
| 81/04/30 | 32 | MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Hartman Motorcars Co. -- w/cert. of service (cds) |
| 81/04/30 | 33 | MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Lehman's Garage -- w/cert. of service (cds) |
| 81/04/30 | 34 | MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Hickey-Toyota, Inc. (SECOND ONE) -- w/cert. of serv.(cds) |
| 81/05/01 | 35 | MOTION AND BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Dean Hebb Toyota, Inc. w/cert. of svc. (ds) |
| 81/05/18 | 36 | RESPONSE -- Pltf. Commonwealth of Pennsylvania w/cert of svc. (rew) |
| 81/05/19 | 37 | MEMORANDUM IN SUPPORT OF TRANSFER -- pltf. State of Maryland. (ds) |

( 5.

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 456 -- In re Mid-Atlantic Toyota Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/05/20 | 38 | BRIEF IN SUPPORT OF ~~ITS~~ MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- Ted McWilliams Motor City w/cert. of svc.     (ds) |
| 81/05/20 | 39 | BRIEF IN SUPPORT OF ~~ITS~~ MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- Airport Toyota, Inc. w/cert.of svc.(ds) |
| 81/05/28 | | HEARING ORDER -- Setting B-7 /Commonwealth of Pennsylvania etc. v. Mid-Atlantic Toyota Distributors, Inc., et al., ~~M.D. Virginia~~, C.A. No. 81-~~0319~~ for hearing held on June 25, 1981, in Salt Lake City, Utah.  (ds) |
| 81/06/19 | | WAIVERS OF ORAL ARGUMENT FOR 6/25/81 HEARING -- Salt Lake City, Utah. -- Dennis A. Watson, Esq. for McCrackin-Sturman Toyota, Inc.,(Waive); Robert W. Hesselbacher, Jr., Esq. for State of Maryland (Waive); Eugene F. Waye, Esq. for Pennsylvania (Waive); John R. Luke, Esq. for Krebs & King Toyota, Inc. and Key Toyota, Inc. (Waive); Bernard D. Marcus, Esq. for Daniel E. Golub (Waive); William J. Mutryn, Esq. for Anton Motors, Inc., Alexandria Toyota, Inc., Tysons Toyota, Inc. and Calvert Motors, Inc. (Waive);A. S. Berman, Inc. (Waive); Toyota Village, Inc., (Waive);Rosenthal Toyota, Inc. (Waive); District of Columbia (Waive);Howard I. Getlan, Esq. for Laurel Toyota, Inc., Laurel Auto Park, etc. (Waive);Springfield Toyota, Inc., Bill Page Toyota, Inc. and Miller Toyota-Volvo, Inc. by Eugene J. Meigher, Esq. (Waive);Basil J. Mezines, Esq. for Rosenthal Toyota, Inc., Silver Spring Toyota, Inc., Luskine Toyota, Inc. and Annapolis Toyota, Inc. (Waive);Raymon W. Bergan, Esq. for Mid-Atlantic Toyota Distr., Inc., Carecraft Industries, Ltd., and Friederick R. Weisman (Waive);L. Kent Wyatt for Airport Toyota, Inc. and Royal Imports of Delaware, Inc. (Waive); Lewis A. Noonberg, Esq. for Schaefer May Motor Sales, Ltd. (Waive); Lancaster Toyota, Inc. (Waive); West Virginia by Donald L. Darling, Esq. (Waive); Robert L. Flanagan, Esq. for Schafer & Strohminger, Inc. (Waive);Robert A. Rohrbaugh, Esq. for Croyste Toyota, Inc. and Waldorf Toyota, Inc. (Waive);Castle Toyota (Waive);Jeffrey N. Pritzker, Esq. for R & H. Motor Cars, Ltd. (Waive); Jones Phymouth, Inc. (Waive); Fulker Toyota, Inc. (Waive); Morris Kanton, Esq. for Mountain View Toyota, (Waive); Ray A. Byrd, Esq. for Robinson Cadillac-Olds-Toyota, Inc. (Waive); |
| 81/07/08 | | TRANSFER ORDER -- transferring B-10 B-7 Commonwealth of Pennsylvania, etc. v. Mid-Atlantic Toyota, M.D. Pa., C.A. No. 81-0319 pursuant to 28 U.S.C. §1407. (emh) |
| 81/07/31 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-9 Johnston,Jr., et al. v. Mid-Atlantic Toyota Distributors, Inc., etal., W.D.Va., 81-0194--Notified involved counsel & judges . (eaf) |

JPML FORM 1A

6.

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 456 --  _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 81/08/13 | 40 | NOTICE OF OPPOSITION -- C-9 Johnston, et al. v. Mid-Atlantic Toyota Distributors, Inc., et al., W.D. Va., 81-0194 -- w/cert. of serv. (cds) <br> -- FILED BY Springfield Toyota, Inc., Miller Toyota-Volvo Inc. and Bill Page Toyota, Inc.  (cds) |
| 81/08/13 | 41 | NOTICE OF OPPOSITION (C-9) -- Checkered Flag Toyota, Inc., Clover Toyota, Copeland Toyota, Inc., Dominick Motor Co., Hilltop Toyota, Inc., Martin Toyota, Inc., McDonough Toyota, David R. McGeorge Car Co., Inc., Rosner Toyota, Ross Toyota Sales, Inc., Shelor Toyota, Inc., Tamson Toyota, and Tower Toyota -- w/cert. of serv. (cds) |
| 81/08/13 | 42 | NOTICE OF OPPOSITION (C-9) -- Toyota of Roanoke Valley, Inc.  (cds) |
| 81/08/20 | 43 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- Southern Virginia dealers -- (C-9) Johnston, et al. v. Mid-Atlantic Toyota Distributors, Inc., et al., W.D.Va., 81-0194 -- w/cert. of service  (cds) |
| 81/08/24 | 44 | LETTER re: Motion To Vacate CTO in C-9 Johnston v. Mid-Atlantic Toyota Distributors, W.D. Va., C.A. No. 81-0194 -- signed by Ray V. Hartwell, III, Esq.  (ds) |
| 81/08/27 | 45 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER (C-9) -- Toyota of Roanoke Valley, Inc. -- w/Brief and cert. of serv. cds |
| 81/08/28 | 46 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- Springfield Toyota, Inc., Miller Toyota, Inc. and Bill Page Toyota, Inc. (Norther Virginia dealers) -- w/brief and cert. of service  (cds) |
| 81/09/03 | 47 | RESPONSE TO MOTIONS TO VACATE CONDITIONAL TRANSFER ORDERS -- plaintiff Wallace H. Johnston, Jr., et al. w/cert. of svc.  (ds) |
| 81/09/04 |  | AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULE FILED ON AUGUST 26, 1981 -- Setting Oppositions to transfer of C-9 Johnston, et al. for Panel Hearing in Concord, New Hampshire on September 24, 1981 -- NOT. INV. JUDGES, CLERKS AND COUNSEL  (cds) |
| 81/09/04 | 48 | MEMORANDUM IN SUPPORT OF TRANSFER (re: C-9) -- The States of Maryland, Delaware, West Virginia, the Commonwealth of Pennsyvania and the District of Columbia.  (ds) |
| 81/09/11 | 49 | REPLY MEMORANDUM IN SUPPORT OF MOTION TO VACATE CONDITIONAL CONDITIONAL TRANSFER ORDER -- (re: C-9) defendants -- Checkered Flag Toyota, Inc.; Clover Toyota; Copeland Toyota, Inc.; Dominick Motor Co.; Hilltop Toyota, Inc.; Martin Toyota, Inc.; McDonough Toyota; David R. McGeorge Car Co., Inc.; Rosner Toyota; Ross Toyota Sales, Inc.; Shelor Toyota, Inc.; Tamson Toyota and Tower Toyota w/cert. of svc.  (ds) |

7.

PML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **456** -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 81/09/15 | | MOTION FOR LEAVE TO FILE OUT OF TIME -- Counsel for deft. Winchester Toyota, Inc. -- GRANTED 9/15/81     (ds) |
| 81/09/15 | 50 | MEMORANDUM IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER (re: C-9) -- Defendant Winchester Toyota, Inc. w/cert. of svc.     (ds) |
| 81/09/15 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-10 Commonwealth of Virginia, etc. v. Mid-Atlantic Toyota Distributors, Inc., et al., E.D. Virginia, C.A. No. 81-0805-R. Notified involved counsel and judges. (ds) |
| 81/09/17 | | HEARING APPEARANCES -- set for hearing held on Sept. 24, 1981 Ray V. Hartwell, III, Esq. for The Southern Virginia Dealers; (ds) C. Thomas Burton, Jr., Esq. for Toyota of Roanoke Valley, Inc.; C. Jacob Ladenheim, Esq. for Wallace H. Johnston, Jr., et al.; Michael F. Brockmeyer, Esq. for State of Maryland, et al.     (ds) |
| 81/09/17 | | WAIVER OF ORAL ARGUMENT -- Michael G. Charapp, Esq. for Lustine Toyota, Inc.; Scott Harris, Esq. for Mid-Atlantic Toyota Distributors, Inc., Frederick R. Weisman, and Carecraft Industries, Ltd.; William J. Mutryn, Esq. for Alexandria Toyota, Inc., Calvert Motors, Inc., Tysons Toyota, Inc. and Winchester Toyota, Inc.; Eugene J. Meigher, Esq. for Springfield Toyota, Bill Page Toyota, Inc. and Miller Toyota-Volvo, Inc.     (ds) |
| 81/09/21 | 51 | LETTER (objecting to Hearing being held in Concord, N.H.) -- Toyota of Roanoke Valley, Inc. (emh) |
| 81/09/22 | | PETITION FOR WRITS OF PROHIBITION AND MANDAMUS (Toyota of Ronoke Valley, Inc. v. Judges of the Panel, Court of Appeals for the First Circuit, No. _____ |
| 81/09/24 | | APPEARANCE -- Bertram M. Long for Commonwealth of Virginia (emh) |
| 80/09/24 | | HEARING APPEARANCE -- Robert W. Hesselbacher, Jr., Esq. for Johnston, et al     (ds) |
| 81/09/24 | 52 | FILED IN OPEN COURT: 13 Virginia Toyota Dealers -- recent developments regarding C-9 w/cert. of svc. and Judge Turk, W.D. Virginia Order     (ds) |
| 81/09/30 | 53 | NOTICE OF OPPOSITION TO CTO (re: C-10) -- Checkered Flag Motor Car Co., Inc.; Eles Imports, Inc.; Copeland Toyota, Inc.; Dominick Motor Co.; Hilltop Motors, Inc.; Martin Toyota, Inc.; McDonough Toyota, Inc.; McGeorge Car Co., Inc.; Rosner Motors, Inc.; Ross toyota Sales, Inc.; Shelor Toyota, Inc.; tamson Chevrolet Co.; H.R.F.T., Inc. w/cert. of svc.     (ds) |

8.

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 456 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 81/10/01 | 54 | NOTICE OF OPPOSITION (C-10 Commonwealth of Virginia v. Mid-Atlantic Toyota Dist., E.D.Va., 81-0805-R) -- Deft. Toyota of Roanoke Valley, Inc.   (emh) |
| 81/10/02 |  | ORDER DEFERRING DECISION FOR 30 DAYS -- (C-9) Johnston, et al. v. Mid-Atlantic Toyota Distributors, Inc., et al., ~~W.D.Va., C.A. No. 81-0194 -- w/cert. of service (cds)~~ W.D.Va., C.A. No. 81-0194 -- Not. inv. judges, clerks & counsel (cds) |
| 81/10/14 |  | PETITION FOR WRIT OF PROHIBITION OR MANDAMUS DENIED -- (Re:  Toyota of Roanoke Valley, Inc. v. Judges of the Panel, No. 81-1665) filed in the U.S. Court of Appeals for the First Circuit   (emh) |
| 81/10/15 | 55 | MOTION/MEMORANDUM TO STAY CTO (C-10 Commonwealth of of Virginia, etc. v. Mid-Atlantic Toyota Dist., Inc., et al.) -- Checkered Flag Motor Car Co., E.L.E.S. Imports Inc., Copeland Toyota, Dominick Motor Co., Hilltop Toyota, Martin Motors, McDonough Toyota, Inc., David R. McGeorge Car Co., Rosner Motors, Inc., Ross Toyota Sales, Shelor Toyota, Tamson Chevrolet Co., & H.R.F.T., Inc. -- w/cert. of svc.   (emh) |
| 81/10/15 | 56 | MOTION/BRIEF TO VACATE CTO (C-10 Commonwealth of Va. v. Mid-Atlantic Toyota Dist., Inc., et al., E.D.Va., C.A.No. 81-0805-R) -- Toyota of Roanoke Valley, Inc. -- w/cert. of svc. (emh) |
| 10/19/81 |  | CORRECTED PAGES 5, 6 & 9 -- to Pleading No. 55 -- filed by Toyota Defendants -- w/svc.   (emh) |
| 81/10/21 | 57 | LETTER, SERVICE, ATTACHMENT (Re: C-10) -- Certain Virginia Toyota dealers, signed by Ray V. Hartwell,III,Esq. (eaf) |
| 81/11/02 | 58 | MEMORANDUM IN SUPPORT OF TRANSER, EXHIBITS, CERT. OF SVC.-- Commonwealth of Virginia.  (eaf) |
| 81/11/06 |  | HEARING ORDER -- Setting Oppositions of some defendant Toyota dealers to transfer of C-10 Commonwealth of Virginia v. Mid-Atlantic Toyota Dist., E.D.Va., 81-0805-R -- West Palm Beach, Florida on December 8, 1981  (cds) |
| 81/11/09 | 59 | REPLY MEMORANDUM, EXHIBITS, CERT. OF SVC. -- Southern Virginia Dealers.  (eaf)  Re C-10 |
| 81/11/09 |  | TRANSFER ORDER -- Transferring (C-9) Johnston, et al. v. Mid-Atlantic Toyota Distributors, Inc., et al., W.D. Va., C.A. No. 81-0194 -- Not. inv. judges, clerks & counsel cs |
| 81/11/16 | 60 | LETTER, ATTACHMENT, CERT. OF SVC. (Re: C-10) -- Commonwealth of Virginia.   (eaf) |

JPML FORM 1A

### DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 81/12/02 | | **WAIVER OF ORAL ARGUMENT -- All parties waive**  (ds) |
| 81/12/07 | 61 | LETTER w/Exhibit A -- Virginia Toyota Dealers, signed by Ray V. Hartwell, III  (cds) |
| 81/12/23 | | TRANSFER ORDER -- transferring C-10 Commonwealth of Virginia, etc. v. Mid-Atlantic Toyota Distributors, Inc., et al., E.D. Virginia, C.A. No. 81-0805-R.  Notified involved clerks, judges and counsel.  (ds) |

JPML Form 1

Revised: 8/78

## DOCKET NO. 456 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE MID-ATLANTIC TOYOTA ANTITRUST LITIGATION

### SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 2/26/81 6/25/81 | 3/12/81 | TO | | D. Maryland | Hon. Joseph H. Young | |
| | 7/8/81 | TO | Unpublished | | | |

### Special Transferee Information

456 contact
Joyce Forrester (Docket Clerk) FTS 922-2461
R. Bruce McElhone (Courtroom Deputy)

DATE CLOSED: 11/13/85

JPML FORM 1

## LISTING OF INVOLVED ACTIONS

DOCKET NO. 456 -- IN RE MID-ATLANTIC TOYOTA ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | State of Maryland, etc. v. Mid-Atlantic Toyota Distributors, Inc., et al. | D.Md. Howard | 80-3238 | | | 9/25/84 D | |
| A-2 | State of Delaware, etc. v. Mid-Atlantic Toyota Distributors, Inc., et al. | D.Dela. Schwartz | 80-600 | MAR 1 2 1981 | Y81-650 | 9/25/84 D | |
| A-3 | State of West Virginia, etc. v. Mid-Atlantic Toyota Distributors, Inc., et al. | S.D.W.Va. Knapp | 80-2528 | MAR 1 2 1981 | Y81-726 | 9/25/84 D | |
| A-4 | District of Columbia, etc. v. Mid-Atlantic Toyota Distributors, Inc., et al. | D.D.C. Robinson | 80-3237 | MAR 1 2 1981 | Y81-805 | 9/26/84 D | |
| A-5 | Daniel E. Golub, et al. v. Mid-Atlantic Toyota Distributors, Inc., et al. | M.D.PA Rambo | 81-0092 | MAR 1 2 1981 | Y81-806 | 9/26/84 D | |
| A-6 | Roger C. Johnson, etc. v. Mid-Atlantic Toyota Distributors, Inc., et al. 3/20/81 | E.D.Va. Bryan | 81-0160-A | 4/7/81 | Y81-903 | 8/5/81 D | |
| B-7 | Commonwealth of Pennsylvania, etc. v. Mid-Atlantic Toyota Distributors, Inc., et al. 4/1/81 Opposed 4/3/81 | M.D.Pa. Rambo | 81-0319 | 7/8/81 | Y81-1550 | 9/26/84 | |
| B-8 | Wallace H. Johnston, Jr., et al. v. Mid-Atlantic Toyota Distributors, Inc., et al. 4/1/81 | W.D.Va. Dalton | 81-0062 | 4/17/81 | Y81-1102 | 1/1982 D | |

July 1981 - 6 HR / 1 XV2 /6 PCB
(B-7 appd)

DOCKET NO. 456 -- IN RE MID-ATLANTIC TOYOTA ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-9 | Wallace H. Johnston, Jr., et al. v. Mid-Atlantic Toyota Distributors, Inc., et al. *Opposed 7/13/81* JUL 3 1 1981 | W.D.Va. Dalton | 81-0194 | 11/9/81 | Y81-2154 | 9/26/84 D | |
| C-10 | Commonwealth of Virginia, etc. v. Mid-Atlantic Toyota Distributors, Inc., et al. SEP 1 5 1981 OPPOSED SEP 30 1981 | E.D.Va. Merhige | 81-0805-R | 12/23/81 | 82-49 | 9/26/84 D | |
| XYZ-11 | Hughes Automotive, Inc. v. Mid-Atlantic Toyota Distributors, Inc. | D.Md. Young | Y81-2156 | | | 11/13/85 D | *admin. deed reg. depts. bankrupt. purchase of certain dys.* |

*July 1982 - 9 Re; 2 XYZ; 2 Dis; 9 Pdg.*
*July 1983 - Same*
*July 1984 - Same*
*July 1985 - 2 Dis; 9 Pdg.*
*July 1986 - 2 dis; Docket Closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 456 --   IN RE MID-ATLANTIC TOYOTA ANTITRUST LITIGATION

| LIAISON COUNSEL FOR PLAINTIFFS | LIAISON COUNSEL FOR DEFENDANTS |
|---|---|
| Michael F. Brockmeyer, Esq. | Raymond W. Bergan, Esq. |
| Assistant Attorney General | Williams & Connolly |
| 131 East Redwood Street | 839 17th Street, N.W. |
| Suite 701 | Washington, D.C.  20006 |
| Baltimore, Maryland  21202 | (202) 331-5000 |
| (301) 659-4222 | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 456  -- IN RE MID-ATLANTIC TOYOTA ANTITRUST LITIGATION

STATE OF MARYLAND (A-1)
Robert W. Hesselbacher, Jr., Esq.
Antitrust Division
131 East Redwood Street
Suite 701
Baltimore, Maryland  21202

STATE OF DELAWARE, ETC. (A-2)
Edward F. Kafader, Esq.
Deputy Attorney General
Department of Justice
State Office Building
Wilmington, DE  19801

STATE OF WEST VIRGINIA, ETC. (A-3)
Donald L. Darling, Esq.
Assistant Attorney General
Antitrust Division
Office of the Attorney General
3410 Staunton Avenue, S.E.
Charleston, West Virginia  25304

DISTRICT OF COLUMBIA (A-4)
Timothy J. Shearer, Esq.
Assistant Cororation Counsel
  for Antitrust, D.C.
District Building, Room 335
14th & E Streets, N.W.
Washington, D. C.  20004

MID-ATLANTIC TOYOTA DISTRIBUTORS, INC.
CARECRAFT INDUSTRIES, LTD.
FREDERICK R. WEISMAN
Raymond W. Bergan, Esquire
Williams & Connolly
Hill Building
839 Seventeenth Street, N.W.
Washington, D.C.  20006
202-331-5000

FREDERICKTOWN TOYOTA, INC.
Stephen C. Winter, Esq.

White, Mindel, Clarke & Hill
305 W. Chesapeake Avenue
Towson, Maryland  21204

R & H MOTOR CARS, LTD.
RUSSEL MOTOR CARS, INC.
Jeffrey N. Pritzker, Esq.
Margolis & Pritzker
505 Blaustein Building
One N. Charles Street
Baltimore, Maryland  21201

CROYSTE TOYOTA, INC.
WALDORF TOYOTA, INC.
Robert A. Rohrbaugh, Esq.
The Adams Law Center
31 Wood Lane
Rockville, Maryland  20850

ALEXANDRIA TOYOTA, INC.
ANTON MOTORS, INC.
CALVERT MOTORS, INC.
TYSONS TOYOTA, INC.
Casson, Calligaro & Mutryn
2600 Virginia Avenue, N.W.
900 Watergate Office Bldg.
Washington, D.C.  20037

BEST TOYOTA, INC.
John F. Somerville, Jr.
71 Prospect Square
Cumberland, Maryland  21502

FULKER TOYOTA, INC.
Edgar H. Gans, Esq.
929 North Howard Street
Baltimore, Maryland  21201

LAUREL TOYOTA, INC.
Howard I. Getlan, Esq.
222 St. Paul Place
Suite 102
Baltimore, Maryland  21202

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. __456__ -- IN RE MID-ATLANTIC TOYOTA ANTITRUST LITIGATION

PREMIER MOTOR CO., INC.
George W. McManus, Jr., Esq.
10 Light Street, Suite 2650
Baltimore, Maryland  21202

TOYOTA VILLAGE, INC.
Alan Kay, Esq.
Bregman, Abell & Kay
1900 L Street, N.W.
Suite 610
Washington, D. C.   20036

IMPORT CITY, INC.
W. A. Thornhill, III, Esq.
Attorney at Law
P.O. Box 1008
Beckley, West Virginia  25801

PENN AUTO SALES, INC.
Frank V. Sansalone, Esq.
605 Security Bank Building
Fairmont, West Virginia  26554

RICH MOTOR MART, INC.
Harry L. Hager, Esq.
P.O. Box 331
Huntington, West Virginia  25708

SUPERIOR TOYOTA, INC.
William G. Powell, Esq.
1327 Market Street
Post Office Box 1623
Parkersburg, West Virginia  26101

TAG GALYEAN, INC.
Michael T. Chaney, Esq.
Kay, Casto & Chaney, P.O. Box 2031
Charleston, West Virginia  25327

ANNAPOLIS TOYOTA, INC.
ROSENTHAL TOYOTA, INC.
SILVER SPRING TOYOTA, INC.
LUSTINE TOYOTA, INC.
Basil J. Mezines, Esq.
Stein, Mitchell & Mezines
1800 M Street, N.W.
Suite 1060N
Washington, D.C.  20036

SPRINGFIELD TOYOTA
MILLER TOYOTA
BILL PAGE TOYOTA
Eugene J. Meigher, Esq.
1815 H Street, N.W.
Washington, D.C.  20008

ROYAL IMPORTS OF DELAWARE, INC.
Norman N. Aerenson, Esq.
604 Farmers Bank Building
Wilmington, Delaware  19801

AIRPORT TOYOTA, INC. (New Castle, Del.)
L. Kent Wyatt, Esq.
604 Farmers Bank Building
Wilmington, Delaware  19801

MOUNTAIN VIEW TOYOTA
Norris Kantor, Esq.
Katz, Kantor, Katz, Perkins
  & Cameron
Post Office Box 727
Bluefield, West Virginia  24701

C. F. SCHWARTZ MOTOR CO., INC.
Jack B. Jacobs, Esq.
David C. McBride, Esq.
Young, Conaway, Stargatt & Taylor
1401 Market Tower
Post Office Box 391
Wilmington, Delaware  19899

VALLEY TOYOTA, INC.
Harold D. Brewster, Jr., Esq.
Hudgins, Coulling, Brewster
  & Morhous
Post Office Box 529
Bluefield, West Virginia  24701

ROBINSON CADILLAC-OLDS-TOYOTA, INC.
Ray A. Byrd, Esq.
Schrader, Stamp & Recht
816 Central Union Building
Wheeling, West Virginia  26003

JONES PLYMOUTH, INC.
Franklin T. Caudill, Esq.
Semmes, Bowen & Semmes
10 Light Street
Baltimore, Maryland  21202

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____3_____

DOCKET NO. ___456___ -- IN RE MID-ATLANTIC TOYOTA ANTITRUST LITIGATION

CASTLE TOYOTA, INC.
Stanford G. Gann, Esq.
Levin, Gann & Hankin
32nd Floor - 10 Light Street
Baltimore, Maryland  21202

TORREY, INC.
John D. Alexander, Sr., Esq.
1000 Maryland Trust Building
Baltimore, Maryland  21202

YOUNGER TOYOTA
R. Ted Younger
Younger Toyota, Inc.
30 East Baltimore Street
Hagerstown, Maryland  21740

SCHAEFER/MAY MOTOR SALES, LTD.

Lewis A. Noonberg, Esq.
Piper & Marbury
36 S. Charles Street
Baltimore, Maryland  21201

SCHAEFER & STROHIMINGER, INC.

William W. Cahill, Jr., Esq.
Weinberg & Green
100 S. Charles Street
Baltimore, Maryland 21201

TIMONIUM TOYOTA, INC.
John Henry Lewin, Jr., Esq.
Venable, Baetjer & Howard
1800 Mercantile Bank &
   Trust Building
2 Hopkins Plaza
Baltimore, Maryland  21201

DANIEL E. GOLUB, ET AL. (A-5)
Bernard D. Marcus, Esquire
Titus Marcus & Shipira
624 Oliver Building
Pittsburgh, Pa.  15222

ROGER C. JOHNSON, ETC. (A-6)
William P. Lightfoot, Esq.
Koonz, McKenney & Johnson
2020 K Street, N.W., Suite 800
Washington, D. C.  20006

COMMONWEALTH OF PENNSYLVANIA, ETC. (B-7)
Carl S. Hisiro
Deputy Attorney Gen., Antitrust Div.
Commonwealth of Pennsylvania
1645 Strawberry Square
Harrisburg, PA  17120

WALLACE H. JOHNSTON, JR., ET AL. (B-8)
C. Jacob Ladenheim, Esq.
Wiegandt, Ladenheim and Campbell
Attorneys at Law, P.C.
13 Roanoke Street
Fincastle, Virginia 24090

AIRPORT TOYOTA (Coraopolis, Pa.)
Paul Laughlin, Esq.
Laughlin & Michalek
445 Fort Pitt Boulevard
Pittsburgh, PA

AL SWEET MOTOR SALES, INC.
Dan Solomon, Esq.
421 E. Moody Avenue
New Castle, PA  16101

ALLEGHENY TOYOTA, INC.
Henry W. Gent, Jr., Esq.
Gent, Daniels, Thompson and Gent
314 W. Park St.
Franklin, Pa. 16323

BEL AIR MOTORS, INC.
BUD HAAS TOYOTA, INC.
MEADVILLE TOYOTA, INC.
MONTGOMERY TOYOTA, INC.
H. Yale Gutnick, Esq.
Strassburger, McKenna, Messer,
   Shilobod & Gutnick
3101 Grant Building
Pittsburgh, PA  15219

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___4___

DOCKET NO. _456_ -- In re Mid-Atlantic Toyota Antitrust Litigation

BELVIN J. KISHBAUGH, INC.
Feldman & Ciotola
Northeastern Building
10th Floor
Hazelton, Pennsylvania  18201

BERGMAN TOYOTA, INC.
UNIVERSITY TOYOTA, INC.
Gilbert E. Caroff, Esq.
Wallace Building
406-410 Main Street
Johnstown, PA  15901

BILL FRY FORD-TOYOTA
Ann S. Pepperman, Esq.
McNerney, Page, Vanderlin & Hall
433 Market Street
Williamsport, PA  17701

BOB MAYBERRY CHEVROLET-TOYOTA, INC.

Joseph Vallentino, Esq.
194 E. State Street
Sharon, PA  16146

BOBART, INC. d/b/a/
CAPITAL CITY MAZDA-TOYOTA
Milton Bernstein, Esq.
P. O. Box 902
405 No. 2nd Street
Harrisburg, PA  17108

BRUCE BROWN, INC.
Joseph E. Vogrin, III, Esq.
Scott & Vogrin
2208 Lawyers Bldg.
Pittsburgh, PA  15219

BUD HAAS TOYOTA, INC.
Wayne Port, Esq.
Buck, Margolis, Mahoney & George
92 East Main Street
Uniontown, PA  15401

William Radcliffe, Esq.
Coldren & Coldren        (Ins. Co.
Gallatin Nat'l Bank Bldg.   Counsel)
Uniontown, PA  15401

CENTRAL CITY TOYOTA, INC.
Gilbert O. Shulman, Esq.
Shulman & Shulman
2332 Walnut Street
Philadelphia, PA

Steven R. Waxman, Esq.
Bolger and Picker
860 Suburban Station Bldg.
Philadelphia, PA  19103

CHARLES A. BOTT, INC.
Paul C. Madden, Esq.
Rawle & Henderson
211 South Broad Street
Philadelphia, Pa.  19107

CHESTER MACK TOYOTA, INC.
Hal F. Doig, Esquire
Fromefield & Defurin
107 West Third Street
Media, Pennsylvania  19063

CONTINENTAL MOTOR SALES CO., INC.
d/b/a AUTO MALL
Norman Seidel, Esq.
502 Easton Nat'l Bank Bldg.
Easton, PA  18042

DEAN HEBB TOYOTA, INC.
Anthony Stefanon, Esq.
Myers, Potteiger & Stefanon
205 State Street, P.O. Box 990
Harrisburg, PA  17108

FALCONI TOYOTA MOTOR, INC.
Gordon Harrington, Esq.
325 Washington Trust Bldg.
Washington, PA  15301

FOSTER TOYOTA, INC.
C. Oliver Burt, III, Esq.
Monteverde, Hemphill,
 Maschmeyer & Obert
1610 Two Penn Center Plaza
15th & JFK Blvd.
Philadelphia, Pennsylvania 19102

HARTMAN MOTOR CARS CO.
William D. Boswell, Esq.
315 No. Front Street
P.O. Box 3787
Harrisburg, PA  17105

HENRY KEHL TOYOTA
Benjamin L. Winderman, Esq.
Winderman & Co.
7601 Germantown Avenue
Philadelphia, PA  19118

HICKEY TOYOTA, INC.
David P Baker, Esq.
Smith, LeCate & Campbell
124 E. Market Street
York, PA  17401

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___5___

DOCKET NO. ___456___ -- In re Mid-Atlantic Toyota Antitrust Litigation

JAMES W. HALTERMAN, INC.
Robert Williamson, Esq.
190 Washington Street, P.O. Box 423
E. Stroudsburg, PA   18301

JOEL CONFER TOYOTA
Charles Wyandt, Esq.
Dunaway, Wyandt, McCormick & Jones
919 University Drive
State College, Pennsylvania   16801

J. H. BENNETT, INC.
David C. Schattenstein, Esq.
Perkin, Rapoport & Schattenstein
P.O. Box 686
532 Walnut Street
Allentown, PA   18105

KNOBLOCH TOYOTA PARK, INC.
Norman Stark, Esq.
600 First Nat'l Bank Building
Erie, PA   16509

KRAUSE, INC.
Krause, Inc.
2243 Main Street
Schnecksville, Pennsylvania 18078

KEY TOYOTA, INC.
KREBS & KING TOYOTA, INC.
John Luke, Esq.
Luke, Anthony & Fraas
816 Frick Bldg.
Pittsburgh, PA   15219

LANCASTER TOYOTA, INC.
David E. Wagenseller, Esq.
Shirk, Reist and Posey
P.O. Box 1552
Lancaster, Pa.   17603

LEHMAN'S GARAGE
Bruce Kogan, Esq.
Kogan & Smigel
120 South Street
Harrisburg, PA   17101

McCRACKIN-STURMAN TOYOTA, INC.
Dennis Watson, Esq.
Vincent Grogan, Esq.
Grogan, Graffan, McGinley, Solomon,
  & Locchino
420 Grant Building
Pittsburgh, PA   15219

MEADVILLE TOYOTA, INC.
Barco & Barco
42 Chestnut Street
Post Office Box 497
Meadville, PA   16331

MONTGOMERY TOYOTA
Clyde Black, Esq.
Patterson, Evey, Routch, Black
  & Behrens
401-03 Allegheny Street
Hollidaysburg, PA   16648

VALLEY TOYOTA, INC. (PA.)
PERFORMANCE MOTORS TOYOTA
Bernard Gerber, Esq.
124 No. 8th Street
Reading, PA   19602

Francis P. Newell, Esq.
Montgomery, McCracken, Walker
  & Rhoades
20th Floor
Three Parkway
Philadelphia, PA   19102

PETER ALAN TOYOTA, INC.
Abraham C. Reich, Esq.
Jay G. Ochroch, Esq.
Fox, Rothschild, O'Brien & Frankel
2000 Market Street , 10th Floor
Philadelphia, PA   19103

R. D. ERTLEY TOYOTA, INC.
William W. Warren, Jr., Esq.
Dilworth, Paxson, Kaush & Levy
600 Penn Security Bank Bldg.
Scranton, PA   18503

RICHARD AUTO SALES INC.
Charles P. Dattola, Esq.
Penn Security Building, 10th Floor
Scranton, PA   18503

SLOANE TOYOTA, INC.
David L. Creskoff, Esq.
Mesirov, Gelman, Jaffe, Cramer & Jamieson
The Fidelity Building
Philadelphia, PA   19109

ROHRICH CADILLAC, INC.
d/b/a ROHRICH TOYOTA
Don Mazotta, Esquire
212 Frick Bldg.
Pittsburgh, PA   15219

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___6___

DOCKET NO. ___456___ -- In re Mid-Atlantic Toyota Antitrust Litigation

---

SPEEDCRAFT ENTERPRISES, INC.
William H. Lamb, Esq.
Lamb, Windle, McErlane
26 East Market Street, P.O. Box 424
West Chester, PA   19380

SUBURBAN TOYOTA, INC.
Robert Hanak, Esq.
Post Office Box 250
311 Main Street
Reynoldsville, PA   15851

AIRPORT TOYOTA, INC.
TED McWILLIAMS TOYOTA CITY
Paul S. Laughlin, Esq.
140 Fort Pitt Commons Bldg.
445 Fort Pitt Boulevard
Pittsburgh, PA   15219

THOMPSON TOYOTA, INC.
Christopher H. Chandor, Esq.
Post Office Box 923
Broad & Mechanics Street
Doylestown, PA   18901

TONY BISCOTTE, INC.
Charles I. Thompson, Jr., Esq.
Ballard, Spahr, Andrews & Ingersoll
30 South 17th Street
Philadelphia, PA   19103

TROSTLE OLDSMOBILE-TOYOTA, INC.
Tom Reinstadler, Esq.
Egler & Reinstadler
2100 Lawyers Boulevard
Pittsburgh, PA   15219

A. S. BERMAN, INC.
Jeffrey M. Miller, Esq.
Nasuti & Miller
Nasuti & Miller
1325 Spruce Street
Philadelphia, PA   19107

---

WALLACE H. JOHNSTON, JR., ET AL. (C-9)

William P. Lightfoot, Esquire
Koontz, McKenney & Johnson
2020 K Street, N.W., Suite 840
Washington, D. C.   20006

C. Jacob Ladenheim, Esq.
(See B-8)

---

CHECKERED FLAG TOYOTA, INC.
CLOVER TOYOTA
COPELAND TOYOTA, INC.
DOMINICK MOTOR COMPANY
HILLTOP TOYOTA, INC.
MARTIN TOYOTA, INC.
MCDONOUGH TOYOTA
DAVID R. MCGEORGE CAR CO., INC.
ROSNER TOYOTA
ROSS TOYOTA SALES, INC.
SHELOR TOYOTA, INC.
TAMSON TOYOTA
TOWER TOYOTA
Ray V. Hartwell, III, Esq.
Hunton & Williams
Post Office Box 1535
Richmond, Virginia   23212

COLLEGE TOYOTA, INC.
Irving C. Newcomb, Jr., President
301 Oakley Avenue
Lynchburg, Virginia   24501

TOYOTA OF ROANOKE VALLEY, INC.
William C. Stott, Jr., Esq.
Wetherington, Flippin, Melchionna,
  & Burton
1100 United Virginia Bank Bldg.
Roanoke, VA   24011

WINCHESTER TOYOTA, INC.
Steve P. Horvath, President
1835 Valley Avenue
Winchester, Virginia   22601

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __7__

DOCKET NO. __456__ -- In re Mid-Atlantic Toyota Antitrust Litigation

COMMONWEALTH OF VIRGINIA  (C-10)
Bertram M. Long, Esq.
Assistant Attorney General
Office of the Attorney General
Antitrust Section
830 East Main Street
8th Floor, Fidelity Building
Richmond, Virginia  23219

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 456 -- IN RE MID-ATLANTIC TOYOTA ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Mid-Atlantic Toyota Distributors, Inc. | A-1 A-2 A-3 A-4 A-5 A-6 B-7 B-8 C-9 C-10 XYZ-11 |
| Frederick R. Weisman | A-1 A-2 A-3 A-4 B-7 C-9,C-10 XYZ-11 |
| Carecraft Industries, LTD. | A-1 A-2 A-3 A-4 A-5 A-6 B-7 B-8 C-9 C-10 XYZ-11 |
| Annapolis-Toyota, Inc. | A-1 |
| Anton Motors, Inc. | A-1 A-4 |
| Best Toyota, Inc. | A-1 |
| Castle Toyota, Inc. | A-1 |
| Croyste Toyota, Inc. | A-1 A-4 |
| Fredericktown Toyota, Inc. | A-1 |
| Fulker Toyota, Inc. | A-1 |
| Jones Plymouth, Inc. | A-1 |

| | |
|---|---|
| Laurel Toyota, Inc. | A-1 |
| Premier Motor Co., Inc. | A-1 |
| R & H Motors Cars, Ltd. | A-1 |
| Rosenthal Toyota, Inc. | A-1   A-4 |
| Russell Motor Cars, Inc. | A-1 |
| Schaeffer/May Motor Sales, Ltd. | A-1 |
| Schaefer & Strohminger, Inc. | A-1 |
| Silver Spring Toyota, Inc. | A-1   A-4 |
| Timonium Toyota, Inc. | A-1 |
| Torrey, Inc. | A-1 |
| Toyota Village, Inc. | A-1   A-4 |

JPML FORM 3

p. __3__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __456__ -- __IN RE MID-ATLANTIC TOYOTA ANTITRUST LITIGATION__

| Name of Party | Named as Party in Following Actions |
|---|---|
| Waldorf Toyota, Inc. ✓ | A-1   A-4 |
| Younger Toyota, Inc. | A-1 |
| Royal Imports of Delaware | A-2 |
| Airport Toyota Inc. X | A-2 |
| C.F. Schwartz Motor Co., Inc. X | A-2 |
| Import City, Inc. ✓ | A-3 |
| Mountain View Toyota, Inc. X | A-3 |
| Penn Auto Sales, Inc. ✓ | A-3 |
| Rich Motor Mart, Inc. ✓ | A-3 |
| Robinson Cadillac-Olds-Toyota, Inc. X | A-3 |
| Superior Toyota, INC. ✓ | A-3 |

p. _4_

| | |
|---|---|
| ✓ Tag Galyean, Inc. | A3 |
| X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶ Valley Toyota, Inc. ✗ | A3  (B-7 (P..)) |
| Alexandria Toyota, Inc. ✓ | A-4  C-9, C-10 |
| Calvert Motors, Inc. ✓ | A-4  A-6  C-9, C-10 |
| Lustine Toyota, Inc. ✓ | A-4  C-9, C-10 |
| Miller Toyota, Inc. ✓ | A-4  C-9, C-10 |
| Bill Page Toyota, Inc. ✓ | A-4  C-9, C-10 |
| ✓ X̶X̶X̶X̶X̶X̶ Springfield Toyota, Inc. | A-4  C-9  C-10 |
| Tysons Toyota, Inc. | A-4  C-9  C-10 |
| AL SWEET MOTOR SALES, INC. | B-7 |
| ALLEGHENY TOYOTA, INC. | B-7 |

AIRPORT TOYOTA       B-7
(P..)

JPML FORM 3

p. __5__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __456__ -- __IN RE MID-ATLANTIC TOYOTA ANTITRUST LITIGATION__

| Name of Party | Named as Party in Following Actions |
|---|---|
| A. S. Berman, Inc. | B-7 |
| Bel Air Motors, Inc. | B-7 |
| Belvin J. Kishbaugh, Inc. | B-7 |
| Bergman Toyota, Inc. | B-7 |
| Bill Fry Ford, Inc. d/b/a Bill Fry Fort-Toyota | B-7 |
| Bob Mayberry Chevrolet-Toyota, Inc. | B-7 |
| Bobart, Inc., d/b/a Capital City Mazda-Toyota | B-7 |
| Bruce Browne, Inc. | B-7 |
| Bud Haas Toyota, Inc. | B-7 |
| Central City Toyota, Inc. | B-7 |
| Charles A. Bott, Inc. | B-7 |

p. _6_

| | B-7 |
|---|---|
| Chester Mack Toyota, Inc. | |
| Continental Motor Sales Co., Inc., d/b/a AUTO MALL | B-7 |
| Dean Hebb Toyota, Inc. | B-7 |
| Falconi Toyota Motors, Inc. | B-7 |
| Foster Toyota, Inc. | B-7 |
| Hartman Motorcars Co. | B-7 |
| Henry Kehl Enterprises, Inc. | B-7 |
| Hickey-Toyota, Inc. | B-7 |
| J.H. Bennett, Inc. | B-7 |
| James W. Halterman, Inc. | B-7 |
| Joel Confer AMC, Inc., d/b/a Joel Confer Toyota | B-7 |

JPML FORM 3

p.  7

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 456 -- IN RE MID-ATLANTIC TOYOTA ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Key Toyota, Inc. | B-7 |
| Knobloch Toyota Park, Inc. | B-7 |
| Krause, Inc. | B-7 |
| Krebs & King Toyota, Inc. | B-7 |
| Lancaster Toyota, Inc. | B-7 |
| Lehman's Garage, Inc. | B-7 |
| McCrackin-Sturman Toyota, Inc. | B-7 |
| Meadville Toyota, Inc. | B-7 |
| Montgomery Toyota, Inc. | B-7 |
| Performance Motors, Inc. | B-7 |
| Peter Alan Toyota, Inc. | B-7 |

p.  8

| | |
|---|---|
| R. D. Ertley Toyota, Inc. | B-7 |
| Richard Auto Sales, Inc. | B-7 |
| Rohrich Cadillac, Inc., d/b/a Rohrich Toyota | B-7 |
| Sloane Toyota, Inc. | B-7 |
| Speedcraft Enterprises, Inc. | B-7 |
| Suburban Toyota, Inc. | B-7 |
| Ted McWilliams Motor City, Inc. | B-7 |
| Thompson Toyota, Inc. | B-7 |
| Tony Biscotte, Inc. | B-7 |
| Trostle Oldsmobile, Inc. | B-7 |
| University Toyota, Inc. | B-7 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _456_ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Checkered Flag Toyota, Inc. | C-9  C-10 |
| Clover Toyota / Eles Imports, Inc | C-9  C-10 |
| College Toyota, Inc. / Oakridge Toyota | C-9  C-10 |
| Copeland Toyota, Inc. | C-9  C-10 |
| Dominick Motor Co. | C-9  C-10 |
| Hilltop Toyota, Inc. | C-9  C-10 |
| Marlin Toyota, Inc. | C-9  C-10 |
| McDonough Toyota | C-9  C-10 |
| David R. McGeorge Car Company, Inc. | C-9  C-10 |
| Rosner Toyota | C-9, C-10 |
| Ross Toyota Sales, Inc. | C-9  C-10 |

p. 10

| | |
|---|---|
| Shelor Toyota, Inc. | C-9, C-10 |
| Tomson Toyota | C-9, C-10 |
| Tower Toyota | C-9, C-10 (H.C.F.T. Inc.) |
| Toyota of Roanoke Valley, Inc. | C-9, C-10 |
| Winchester Toyota, Inc. | C-9, C-10 |
| Polyglycoat Corp | XYZ-11 |
| Polyglycoat Rustproofing Corp. | XYZ-11 |
| Polyglycoat Textile Sealant Corp. | XYZ-11 |
| CPC Distributors, Inc. | XYZ-11 |
| Walter Fiveson | XYZ-11 |
| | |